Kimberly D. Evans Ross, ISB No. 6900
MOFFATT, THOMAS, BARRETT, ROCK &
　　FIELDS, CHARTERED
900 Pier View Drive Suite 206
Post Office Box 51505
Idaho Falls, Idaho  83405
Telephone  (208) 522-6700
Facsimile  (208) 522-5111
kde@moffatt.com
23970.0019

Attorneys for Defendant
Battelle Energy Alliance, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JODI STANTON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BATTELLE ENERGY ALLIANCE, LLC,<br>organized in Delaware,<br><br>　　　　　　　Defendant. | Case No. 4:14-cv-00231-CWD<br><br>**DEFENDANT'S MOTION TO DISMISS** |

　　　　COMES NOW Defendant, Battelle Energy Alliance ("Battelle"), by and through its counsel, MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss Plaintiff's Complaint for Damages and Demand for Jury (Dkt. 1) for failure to state a claim upon which relief can be granted.

This motion is supported by the Memorandum in Support of Defendant's Motion to Dismiss and the Affidavit of Linda A. Montgomery, filed concurrently herewith.

DATED this 21st day of July, 2014.

                                        MOFFATT, THOMAS, BARRETT, ROCK &
                                              FIELDS, CHARTERED

By  */s/ Kimberly D. Evans Ross*
    Kimberly D. Evans Ross – Of the Firm
    Attorneys for Defendant Battelle Energy
    Alliance, LLC

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2014, I filed the foregoing **DEFENDANT'S MOTION TO DISMISS** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| **Lowell N. Hawkes**<br>lnhchartered@yahoo.com | **Ryan S. Lewis**<br>lnhchartered@yahoo.com |
| **John P. Sheridan**<br>jacks@mhb.com | **David J. Whedbee**<br>davidw@mhb.com |

      */s/ Kimberly D. Evans Ross*
Kimberly D. Evans Ross