DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@holdenlegal.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@holdenlegal.com
HOLDEN, KIDWELL, HAHN & CRAPO, P.L.L.C.
P.O. Box 50130
1000 Riverwalk Drive, Suite 200
Idaho Falls, ID 83405
Telephone: (208) 523-0620
Facsimile: (208) 523-9518

Attorneys for Brian Simmons and Steve Braase

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JODI STANTON,<br><br>Plaintiff,<br><br>v.<br><br>BATTELLE ENERGY ALLIANCE, LLC,<br><br>Defendant, | Case No. 4:14-cv-00231-EJL<br><br>**MOTION TO INTERVENE AND MODIFY PROTECTIVE ORDER** |

COME NOW Brian Simmons and Steve Braase by and through their counsel of record, Holden, Kidwell, Hahn & Crapo, P.L.L.C., and pursuant to Federal Rule of Civil Procedure 24, move to intervene in this case for the limited purpose of modifying the protective order to obtain certain deposition transcripts under its protection. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122 (9th Cir. 2003).

This Motion is supported by the Memorandum in Support of Motion to Intervene and Modify Protective Order and the Declaration of DeAnne Casperson in Support of Motion to Intervene and Modify Protective Order, filed contemporaneously herewith.

Dated this 23rd day of June, 2016.    /s/
                                       DeAnne Casperson, Esq.
                                       Holden, Kidwell, Hahn & Crapo, P.L.L.C.

1 -    MOTION TO INTERVENE AND MODIFY PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day June, 2016, I filed the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**DOCUMENTS SERVED:** MOTION TO INTERVENE AND MODIFY PROTECTIVE ORDER

**ATTORNEYS SERVED:**

Kimberly D. Evans Ross
Battelle Energy Alliance, LLC
2525 Fremont Ave, MS 3899
Idaho Falls, Idaho 83415-3899
kimberly.evansross@inl.gov

Michael O. Roe
Alexander P. McLaughlin
Givens Pursley, LLP
601 West Bannock Street
Boise, Idaho 83701-2720
mor@givenspursley.com
apm@givenspurlsey.com

                                         /s/
                                       DeAnne Casperson

G:\WPDATA\DC\17830 Simmons\Pleadings\Modify Order in Stanton's Case\Intervene & Mod Prot Order.MOTION.wpd:dg